UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KONINKLIJKE BOSKALIS WESTMINSTER NV ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-2796** |
| **MEDITERRANEAN SHIPPING COMPANY SA ET AL.** | **SECTION: "S" (1)** |

## ORDER

**IT IS HEREBY ORDERED** that the "Motion for Reconsideration" of this court's order of June 30, 2009, conditionally granting Mediterranean Shipping Company S.A.'s motion to dismiss on *forum non conveniens* (document #123) is **DENIED**. (Document #124.) The court imposed conditions on the dismissal to insure that the Boskalis plaintiffs have an adequate and available forum.

**IT IS FURTHER ORDERED** that MSC Mediterranean Shipping Company S.A.'s "Rule 59 Motion to Amend Judgment" of June 30, 2009 "to mirror those of the Fourth Circuit," striking conditions numbered 2 and 3, is **DENIED**. (Document #126.)

**IT IS FURTHER ORDERED** that MSC Mediterranean Shipping Company S.A.'s alternative motion to determine that the Netherlands is a more convenient, available, and

alternative forum and dismiss the claims "with the only condition that MSC not raise or assert a defense based on a statute of limitations or court-imposed deadline in response to any claim made by Boskalis against MSC in The Netherlands" is **DENIED**. (Document #126.)

New Orleans, Louisiana, this __9th__ day of September, 2009.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**